# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>LUCA SACEANU<br><br>Defendant | )<br>)<br>)  Case No.  1:14-M-362 (CFH)<br>)<br>)<br>)<br>)<br>) |

FILED OCT 06 2014 AT _____ O'CLOCK
Lawrence K. Baerman, Clerk - Albany

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of March 10, 2014, in the county of Albany in the Northern District of New York, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1543 | False use of a passport |

This criminal complaint is based on these facts:
On or about March 10, 2014, the defendant, LUCA SACEANU, knowingly and willfully used a passport, or an instrument purporting to be a passport, by presenting it at the counter of a Western Union in Glenmont, New York in connection with a transfer of funds, and such passport was false, forged, counterfeited, mutilated, and altered.

☐ Continued on the attached sheet.

Attested to by the Applicant in Accordance with the Requirements of Rule 4.1 of the Federal Rules of Criminal Procedure.

*Complainant's signature*

Donald J. O'Brien, Special Agent, HSI

*Printed name and title*

Sworn to before me and signed in my presence.

Date: October 6, 2014

*Judge's signature*

City and State: Albany, New York

Hon. Christian F. Hummel, U.S. Magistrate Judge

*Printed name and title*